# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Carol A. Silverman aka Carol DePaul<br>         Richard P. Silverman<br>                          Debtors | CHAPTER 13 |
| HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC1<br>                          Movant<br>           vs. | NO. 17-16974 JKF |
| Carol A. Silverman aka Carol DePaul<br>Richard P. Silverman<br>                          Debtors | 11 U.S.C. Section 362 |
| William C. Miller, Esquire<br>                          Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion of HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC1 for Relief from the Automatic Stay Under Section 362, which was filed with the Court on or about March 19, 2018 (Document No. 20).

    Respectfully submitted,

    **/s/ Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz, Esquire
    Attorney for Movant
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322

October 3, 2018