# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Richard P. Silverman and | : | Chapter 13 |
| Carol A. Silverman, | : | Case No.: 17-16974-jkf |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtors' proposed Third Amended Chapter 13 Plan dated and docketed November 6, 2018 was forwarded to the following parties, as follows:

*Via First Class United States Mail on November 6, 2018:*

Patricia McNamara, President
Berkheimer Assoc-Agt Springfield Twsp & SD
C/O David R. Gordon, Esq.
1883 Jory Road
Pen Argyl, PA 18072

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

*Via Electronic Filing (ECF) on November 6, 2018:*

Kevin M. Buttery on behalf of Creditor HSBC Bank USA, National Association as Trustee for Merill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC1
bkyefile@rasflaw.com

Polly A. Langdon on behalf of the Office of Frederick L. Reigle
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Christopher M. McMonagle on behalf of Creditor HSBC Bank USA, et al.
cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

William C. Miller, Esq., Chapter 13 Trustee
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Rebecca Ann Solarz on behalf of Creditor HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC1
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                         **LAW OFFICE OF STEPHEN J. ROSS, PC**

                              By:    */s/ Joseph Quinn*
                                             Joseph Quinn, Esquire
                                             Attorney I.D. No. 307467
                                             152 E. High Street, Suite 100
                                             Pottstown, PA 19464
                                             T: 610.323.5300
                                             F: 610.323.6081
                                             JQuinn@SJR-LAW.com
Date: <u>November 6, 2018</u>             Counsel for Debtors