Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(COUNSEL FOR MOVANT)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Richard P. Silverman and Carol A. Silverman aka Carol DePaul<br>        Debtor(s)<br>-------------------------------------------------------<br>HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC1<br>        Movant<br>v.<br>Richard P. Silverman and Carol A. Silverman aka Carol DePaul<br>        Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 17-16974-JKF<br><br>Judge: Jean K. FitzSimon |

## **PRAECIPE TO MARK OBJECTION TO PLAN MOOT**

Kindly mark as moot the Amended Objection to Plan filed on May 5, 2018 at document # 35 by the Movant – HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC1—as Debtor filed a Third Amended Plan on November 6, 2018 at docket # 54.

        Respectfully submitted:

        /s/ Christopher M. McMonagle, Esquire
        Christopher M. McMonagle, Bar No: 316043
        Stern & Eisenberg, P.C.
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        cmcmonagle@sterneisenberg.com
        Phone: 215-572-8111
        Fax: (215) 572-5025
        Counsel for Movant

Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(COUNSEL FOR MOVANT)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Richard P. Silverman and Carol A. Silverman aka Carol DePaul<br>        Debtor(s)<br>-------------------------------------------------------<br>HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC1<br>        Movant<br>v.<br>Richard P. Silverman and Carol A. Silverman aka Carol DePaul<br>        Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 17-16974-JKF<br><br>Judge: Jean K. FitzSimon |

**CERTIFICATE OF SERVICE OF OBJECTION TO PLAN**

    I, the undersigned, hereby certify that a true and correct copy of the within Praecipe to Mark Objection Moot was sent to the below-listed recipients via first class mail and/or ECF on the date set forth below.

Frederick L. Reigle, Chapter 13 Trustee
2901 St. Lawrence Avenue, P.O. Box 4010, Reading, PA 19606
*ecfmail@fredreiglech13.com*

Joseph L. Quinn, Esquire
152 E. High Street, Suite 100, Pottstown, PA 19464
*CourtNotices@sjr-law.com*

Richard P. Silverman and Carol A. Silverman aka Carol DePaul
302 Garth Road, Oreland, PA 19075

                          Respectfully submitted,
                          STERN & EISENBERG, PC

                          <u>By: /s/Christopher M. McMonagle, Esq.</u>
DATE:  November 20, 2018        Christopher M. McMonagle, Esquire
                          Stern & Eisenberg, PC
                          1581 Main Street, Suite 200
                          The Shops at Valley Square
                          Warrington, PA 18976
                          cmcmonagle@sterneisenberg.com
                          Phone: (215) 572-8111
                          Fax: (215) 572-5025
                          Counsel for Movant