```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania

In re:                                                        Case No. 17-16974-jkf
Richard P. Silverman                                          Chapter 13
Carol A. Silverman
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0313-2        User: ChrissyW               Page 1 of 2                   Date Rcvd: Jan 08, 2020
                            Form ID: pdf900              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db/jdb         +Richard P. Silverman,    Carol A. Silverman,    302 Garth Road,    Oreland, PA 19075-1910
cr             +HSBC Bank USA, et al.,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
13997979       +Asset Acceptance,    C/O Fulton Friedman Gullace,    130B Gettysburg Pike,
                 Mechanicsburg, PA 17055-5653
13997980       +Berkheimer,    PO Box 995,    North Seventh Street,    Bangor, PA 18013-0995
14012486        Berkheimer Assoc-Agt Springfield Twsp & SD,    C/O David R. Gordon, Esq.,     1883 Jory Road,
                 Pen Argyl, PA 18072
13997981       +Blustone Investments Inc,    C/O Amato Keating & Lessa PC,    107 N. Commerce Way,
                 Bethlehem, PA 18017-8913
13997982        Bonny S. Davis, Treasurer,    PO Box 230,    Oreland, PA 19075-0230
14034275       +HSBC Bank USA, National Association,    co Nationstar MTG LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept.,    PO Box 619096,    Dallas TX 75261-9096
13997985       +KML Law Group,    Suite 5000 BNY Mellon Ind. Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14101458       #+Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13997986       +Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
13997987       +Michael Ratchford, Esquire,    Abramsen & Associates,    120 N. Keyster Avenue,
                 Scranton, PA 18504-9701
14040837       +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
13997988        Midland Funding,    C/O Hayt Hayt & Landau,    123 S Broad Street, Suite 1660,
                 Philadelphia, PA 19109-1003
13997989       +Montgomery County Tax Claim Bureau,    1 Montgomery Plaza, Suite 600,
                 Norristown, PA 19401-4851
13997990       +Nationstar/Mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4488
13997993        School District of Springfield Township,    Bonny S. Davis, Tax Collector,    PO Box 230,
                 Oreland, PA 19075-0230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 09 2020 03:14:49      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 09 2020 03:14:45      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 03:15:32      Orion (VERIZON),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13997983        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 09 2020 03:15:30      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14008299        E-mail/Text: mrdiscen@discover.com Jan 09 2020 03:14:13      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13997984       +E-mail/Text: mrdiscen@discover.com Jan 09 2020 03:14:13      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14044432        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 03:28:09
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13998252       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 03:15:49
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13997991        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 03:14:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
13997995        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 09 2020 03:14:10
                 Verizon,    PO Box 28000,    Lehigh Valley, PA 18002-8000
13997996       +E-mail/Text: vci.bkcy@vwcredit.com Jan 09 2020 03:14:40      Vw Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
13997997       +E-mail/Text: BKRMailOps@weltman.com Jan 09 2020 03:14:39      Weltman, Weinberg & Reis Co.,
                 325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14021831*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13997992      ##+Portnoff Law Associates LTD,    1000 Sandy Street, Suite 150,    Norristown, PA 19401-4162
13997994      ##+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
                                                                                  TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Jan 08, 2020
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2020 at the address(es) listed below:

```
            CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    HSBC Bank USA, et al.
             cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
            CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
             FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
             2005-WMC1 cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
            JOSEPH L QUINN    on behalf of Joint Debtor Carol A. Silverman CourtNotices@rqplaw.com
            JOSEPH L QUINN    on behalf of Debtor Richard P. Silverman CourtNotices@rqplaw.com
            KEVIN M. BUTTERY    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
             MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
             2005-WMC1 kbuttery@rascrane.com
            POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
            REBECCA ANN SOLARZ    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
             MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
             2005-WMC1 bkgroup@kmllawgroup.com
            SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| RICHARD P. SILVERMAN | |
| CAROL A. SILVERMAN | Bankruptcy No. 17-16974-JKF |
| Debtors | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 8, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE